**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/26/19 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RAVEN W. ANDERSON
JESSICA H. ANDERSON
  Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:14-21005

Chapter 13

Related to Docket No. 112

ORDER OF COURT

AND NOW, this **26th Day of August, 2019**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
dtb

**ENTERED BY DEFAULT**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                          Case No. 14-21005-GLT
Raven W. Anderson                                               Chapter 13
Jessica H. Anderson
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin               Page 1 of 2       Date Rcvd: Aug 26, 2019
                              Form ID: pdf900          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
db/jdb         +Raven W. Anderson,    Jessica H. Anderson,    803 Lookout Avenue,    Monessen, PA 15062-1713
cr             +Liberty Revolving Trust by Wilmington Savings Fund,    Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
cr             +U.S. Bank National Association, not in its individ,    Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13814192       +FNB Consumer Discount Company,    45 West Main Street,    Uniontown, PA 15401-3341
13814194       +Jefferson MRI,   575 Coal Valley Road,    Suite 108,    Clairton, PA 15025-3723
14823391       +Liberty Revolving Trust,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
14310626        MTGLQ Investors, LP,    PO Box 52708,    Irvine, CA 92619-2708
13814195       +RJM Acquisition, LLC,    575 Underhill Boulevard, Suite 224,    Syosset, NY 11791-3416
13834808       +Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13814196       +Scholastic, Inc.,    P.O. Box 7502,    Jefferson City, MO 65102-7502
14988611        U.S. Bank National Association,    Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
13814198       +US Department of Education,    Attention: Bankruptcy,    61 Forsythe Street,    Room 19T89,
                 Atlanta, GA 30303-8928
13814197       +US Department of Education,    Attention: Bankruptcy,    P.O. Box 16448,
                 Saint Paul, MN 55116-0448
13814199        Valley First Community FCU,    815819 Schoonmaker Avenue,    Monessen, PA 15062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13853600        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2019 03:05:11
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13814190       +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 27 2019 03:03:00
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13814191       +E-mail/Text: electronicbkydocs@nelnet.net Aug 27 2019 03:02:46
                 Department of Education/Nelnet,    121 South 13th Street,    Lincoln, NE 68508-1904
13814193        E-mail/Text: bankruptcy.bnc@ditech.com Aug 27 2019 03:02:08     Green Tree,    P.O. Box 94710,
                 Palatine, IL 60094
13934796        E-mail/Text: bankruptcy.bnc@ditech.com Aug 27 2019 03:02:08     Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13831013        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 27 2019 03:02:53     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13885816        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2019 03:04:17
                 LVNV Funding, LLC its successors and assigns as,    assignee of Excalibur I, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13886222        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2019 03:04:47
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital III, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13829677        E-mail/Text: electronicbkydocs@nelnet.net Aug 27 2019 03:02:46      US Department of Education,
                 C/O Nelnet,    3015 South Parker Road Suite 400,    Aurora CO 80014-2904
13814200       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2019 03:01:53
                 Verizon,    500 Technology Drive,    Suite 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Green Tree Servicing LLC
cr             MTGLQ Investors, LP
cr             U.S. BANK NATIONAL ASSOCIATION
cr             U.S. Bank National Association, not in its individ
                                                                                    TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: lfin              Page 2 of 2            Date Rcvd: Aug 26, 2019
                              Form ID: pdf900         Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:

```
          James   Warmbrodt     on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4
           bkgroup@kmllawgroup.com
          James   Warmbrodt     on behalf of Creditor    U.S. Bank National Association, not in its individual
           ET AL... bkgroup@kmllawgroup.com
          Justin P. Schantz     on behalf of Joint Debtor Jessica H. Anderson jschantz@my-lawyers.us,
           colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
           no@my-lawyers.us;ekudlock@my-lawyers.us
          Justin P. Schantz     on behalf of Debtor Raven W. Anderson jschantz@my-lawyers.us,
           colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
           no@my-lawyers.us;ekudlock@my-lawyers.us
          Mario J. Hanyon     on behalf of Creditor    Green Tree Servicing LLC pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard M. Squire     on behalf of Creditor    MTGLQ Investors, LP lcolwell@squirelaw.com,
           kdiskin@squirelaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```